**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Arlynn Radmall, ) | No. CV-12-8163-PCT-SMM |
| Plaintiff/Counter-Defendants, ) | |
| vs. ) | **ORDER** |
| Dana Thomas Finerty, et al., ) | |
| Defendants/Counter-Claimant. ) | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 48.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, January 13, 2014 at 4:00 p.m.**

DATED this 3rd day of January, 2014.

Stephen M. McNamee
Senior United States District Judge